UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VIVIAN FRANCIS,
Plaintiff

                                            Case No.: 1:15-cv-03757-MKB-JO

        -against-

LVNV FUNDING, LLC
RESURGENT CAPITAL SERVICES, LP
ALEGIS GROUP, LLC
FORSTER & GARBUS, LLP
ASSET RECOVERY SOLUTIONS, LLC
                   Defendants.
-----------------------------------------------------------------X

## AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Vivian Francis and Defendants LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP, ALEGIS GROUP, LLC, FORSTER & GARBUS, LLP, and ASSET RECOVERY SOLUTIONS, LLC, jointly and several (collectively "All Defendants") propose this agreed order dismissing this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(2) with each party to bear its own costs, pursuant to the terms of their settlement agreement.

The Court maintains jurisdiction to enforce the terms in the settlement agreement between Plaintiff and All Defendants.

An executed faxed or scanned copy of this document shall be deemed as a signed original.

4

Last saved 4/6/2016 3:13 PM

| AGREED: *[signature]* Date: May 20, 2016<br><br>Ahmad Keshavarz<br>The Law Office of Ahmad Keshavarz<br>Attorney for Plaintiff Vivian Francis | AGREED: *[signature]* Date: 4-19-16<br><br>Arthur Sanders, Esq.,<br>Attorney for Defendants<br>LVNV Funding, LLC., Alegis Group, LLC and Resurgent Capital Services, LP. |
|---|---|
| AGREED:<br><br>*[signature]* Date: 4/21/16<br><br>Carol A. Lastorino, Esq.<br>Rivkin Radler<br>Attorneys for Defendant Forster & Garbus, LLP | AGREED:<br><br>*[signature]* David Peltan Date: 4/18/16<br><br>David G. Peltan, Esq.<br>Peltan Law, PLLC<br>Attorneys for Defendant Asset Recovery Solutions, LLC |

SO ORDERED this _____ day of _____, 2016.


_____
Margo K. Brodie
United States District Judge